IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Connolly, William

Case Number:  08 B 05672

Judge:  Goldgar, A. Benjamin

Printed: 03/24/09

Filed:  3/11/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: February 10, 2009
Confirmed:  July 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,280.25 |  |
| Secured: |  | 1,562.68 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,503.71 |
| Trustee Fee: |  | 213.86 |
| Other Funds: |  | 0.00 |
| Totals: | 3,280.25 | 3,280.25 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,274.00 | 1,503.71 |
| 2. | Guaranty Bank | Secured | 0.00 | 0.00 |
| 3. | Triad Financial Services | Secured | 10,500.61 | 1,562.68 |
| 4. | Guaranty Bank | Secured | 23,252.58 | 0.00 |
| 5. | Illinois Dept Of Healthcare And Family | Priority | 8,120.50 | 0.00 |
| 6. | Triad Financial Services | Unsecured | 11.33 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 43.35 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 72.27 | 0.00 |
| 9. | Verizon North | Unsecured | 32.51 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 53.80 | 0.00 |
| 11. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 12. | Credit Protection Association | Unsecured | | No Claim Filed |
| 13. | Credit Protection Association | Unsecured | | No Claim Filed |
| 14. | First Premier | Unsecured | | No Claim Filed |
| | | | $ 44,360.95 | $ 3,066.39 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 170.56 |
| 6.6% | 43.30 |
| | $ 213.86 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Connolly, William

Printed: 03/24/09

Case Number:  08 B 05672
Judge:  Goldgar, A. Benjamin
Filed:  3/11/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: